IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00356-BNB

KENT FRENCH,

Plaintiff,

v.

WELD COUNTY JAIL STAFF,
SHERIFF'S OFFICERS,
PROGRAMS DEPARTMENT, and
SHERIFF'S DEPARTMENT,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -2 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On February 12, 2009, Plaintiff Kent French submitted to the Court a *pro se* Prisoner Complaint. At the time Mr. French initiated the instant action, he was detained at the Weld County Jail in Greeley, Colorado.

On February 20, 2009, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. French either to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee in full. Mr. French was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The February 20, 2009, Order to Cure was returned to the Court on February 27, 2009, and the envelope, in which the Order was sent to Mr. French, was marked, "Return to Sender Attempted Not Known Unable to Forward" and "Return to Sender No

Longer in Custody." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within five days of any change of address. Nonetheless, Mr. French now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 1 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00356-BNB

Kent French
Prisoner No. P10592
Weld County Jail
2110 "O" Street
Greeley, CO 80631

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/2/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk